JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARI EXLINE,<br><br>        Plaintiff,<br><br>   v.<br><br>YUSEN LOGISTICS (AMERICAS),<br>INC., et al.,<br><br>        Defendants. | Case No. CV 22-1185-MWF(SKx)<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The Court has reviewed the parties' Joint Stipulation Dismissing Entire Action with Prejudice (the "Stipulation"). (Docket No. 30). For good cause shown, the Stipulation is GRANTED and the Court ORDERS as follows:

      1. Plaintiff's action is DISMISSED with prejudice in its entirety.

      2. Each party shall bear its own attorney's fees and costs.

      3. The Order to Show Cause hearing on October 30, 2023 is VACATED.

**IT IS SO ORDERED.**

Dated:  October 11, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge